DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUILLERMO A. ALONSO** and **ADRIANA C. ALONSO,**
Appellants,

v.

**BANK OF NEW YORK MELLON, N.A.,**
Appellee.

No. 4D18-3347

[May 16, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Judge; L.T. Case No. CACE 15-16276 (18).

Charles A. Kohler, Satellite Beach, for appellants.

Benjamin B. Carter of Lapin & Leightling, LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***